# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**HERBERT MANYGOAT,**

    **Plaintiff,**

**v.**                                                                                          **No. 19-cv-0028 JCH/SMV**

**FNU MEJIA and PAUL LNU,[1]**

    **Defendants.**

## ORDER TO CURE DEFICIENCIES

**THIS MATTER** is before the Court on Plaintiff's Prisoner Civil Rights Complaint [Doc. 1]. The Court determines the filing is deficient because Plaintiff has not prepaid the $400 civil filing fee or, alternatively, filed a motion to proceed *in forma pauperis* supported by a six-month inmate account statement. The Court also notes that several mailings have been returned with the notation: "Return to Sender, Attempted – Not Known, Unable to Forward." [Doc. 3]. The Court will therefore require Plaintiff to address the filing fee and update his mailing information no later than February 23, 2019. He must include the civil action number [No. 19-cv-0028 JCH/SMV] on all papers he files. Failure to timely comply will result in dismissal of this action without further notice.

**IT IS ORDERED** that no later than **February 23, 2019,** Plaintiff must either prepay the $400 filing fee or, alternatively, file a motion to proceed *in forma pauperis* along with a certified inmate account statement for the period between **July 9, 2018, and January 9, 2019**.

---

[1] Though the docket only lists Mejia as Defendant, it appears that Plaintiff also meant to sue Paul LNU. *See* [Doc. 1] at 1.

**IT IS FURTHER ORDERED** that the Clerk's Office is directed to mail to Plaintiff, along with a copy of this Order, a form motion to proceed *in forma pauperis*.

**IT IS FINALLY ORDERED** that no later than **February 23, 2019,** Plaintiff shall notify the Clerk in writing of his current address or show cause why this action should not be dismissed.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**